UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HENRY Q. NGUYEN,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-733


## ORDER DISMISSING MOTION AS MOOT

This matter is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. #8). The Court's records reflect that defendant's motion was filed with this Court on October 19, 2009. United States Magistrate Judge Joseph G. Scoville granted a subsequent motion by the plaintiff to amend his complaint and the amended complaint was filed November 19, 2009 (Dkt. #19). Defendant then filed a motion to dismiss the amended complaint on December 3, 2009 (Dkt. #21). Therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. #8) is **DISMISSED as moot**.


Date: December 7, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge