UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HENRY Q. NGUYEN,             )<br>          Plaintiff,          )<br>                              )<br>-v-                           )<br>                              )<br>UNITED AIR LINES, INC.,       )<br>          Defendant.          )<br>_____) | No. 1:09-cv-733<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant United Air Lines's motion for summary judgment and having dismissed all claims against it, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant United Air Lines and against Plaintiff Henry Nguyen.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   October 12, 2011                           /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge